

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

D-1  YU QIN,
    aka YU CHIN,

D-2  SHANSHAN DU,
    aka SHANNON DU,

    Defendants.
_____/

Case:2:10-cr-20454
Judge: Battani, Marianne O
MJ: Whalen, R. Steven
Filed: 07-21-2010 At 03:49 PM
INDI USA V SEALED MATTER (EB)

## MOTION TO SEAL INDICTMENT AND ARREST WARRANT

THE UNITED STATES OF AMERICA respectfully requests that the indictment and arrest warrant in this case be sealed for the following reason, except for the limited purpose noted below:

That the United States is apprehensive that the defendant may attempt to flee, destroy evidence, or intimidate witnesses if the indictment and arrest warrant become a matter of public record before the defendant is arrested.

The government further requests that the Court allow that the arrest warrant be disclosed to the law enforcement community at large through a computerized system so that the defendant will be arrested when he comes into contact with any law enforcement officer.

    Respectfully submitted,

    BARBARA L. MCQUADE
    United States Attorney

    *Cathleen M. Corken*

    CATHLEEN M. CORKEN
    Assistant United States Attorney
    211 W. Fort St., Ste. 2001
    Detroit, Michigan 48226
Dated: July 21, 2010    (313) 226-0206

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,          CRIMINAL NO.

-vs-                                  HONORABLE

D-1   YU QIN,
       aka YU CHIN,

D-2   SHANSHAN DU,
       aka SHANNON DU,

          Defendants.
_____/

## ORDER TO SEAL INDICTMENT AND ARREST WARRANT

The Government having moved to seal the indictment and arrest warrant filed July 21, 2010, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be sealed and maintained in a safe place and not be opened unless by further Order of this Court except that the arrest warrant may be disclosed to the law enforcement community at large through a computerized system so that the defendant will be arrested when he comes into contact with any law enforcement officer.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7/21/10