UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    CRIMINAL NO. 10-20454

-vs-

    HONORABLE MARIANNE O. BATTANI

D-1    YU QIN,
        aka YU CHIN,

D-2    SHANSHAN DU,
        aka SHANNON DU,

        Defendants.
_____/



FILED
JUL 22 2010
CLERK'S OFFICE
DETROIT

## MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT

THE UNITED STATES OF AMERICA respectfully requests that the indictment and arrest warrant in this case be unsealed for the following reasons:

1.    That the United States is no longer apprehensive that one or more persons may flee the jurisdiction if they become aware of the indictment which has been returned against them.

2.    That the United States is no longer apprehensive that there is danger of the destruction of evidence if the defendants become aware of the indictment prior to their arrest.

                                              BARBARA L. MCQUADE
                                              United States Attorney

                                              */s/ Cathleen M. Corken*

                                              CATHLEEN M. CORKEN
                                              Assistant United States Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, Michigan 48226
                                              (313) 226-0206

DATED: July 22, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1   YU QIN,
      aka YU CHIN,

D-2   SHANSHAN DU,
      aka SHANNON DU,

        Defendants.
_____/

CRIMINAL NO. 10-20454

HONORABLE MARIANNE O. BATTANI

FILED
JUL 22 2010
CLERK'S OFFICE
DETROIT

## ORDER UNSEALING INDICTMENT AND ARREST WARRANT

Upon motion of the government, and for the reasons given, IT IS HEREBY ORDERED that the indictment and arrest warrant in the above-named matter be unsealed.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Date: 7/22/10