UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,        CRIMINAL NO. 10-20454

vs.

YU QIN

        Defendant,
_____/

FILED
CLERK'S OFFICE
JUL 22 2010
U.S. DISTRICT COURT
EASTERN MICHIGAN

**APPEARANCE**

TO THE CLERK OF COURT:

Please enter my appearance as attorney on behalf of defendant YU QIN

in the above titled case.

FRANK D. EAMAN
Name (Please Print)

_[signature]_
Signature

STE 3060, 645 GRISWOLD ST.
Address

DETROIT    MI    48226
City    State    Zip Code

(313) 962-7210
Telephone No.

13070
P Number

PLEASE CHECK THE APPROPRIATE BOX    ☒ Retained    ☐ CJA Appointed

DATED: 7/22/10