UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-1   YU QIN,
      aka YU CHIN,

        Defendant.
_____/

CRIMINAL NO. 10-20454

HONORABLE MARIANNE O. BATTANI

FILED
CLERK'S OFFICE

JUL 2 2 2010

U.S. DISTRICT COURT
EASTERN MICHIGAN

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, YU QIN, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1 - Conspiracy to Possess Trade Secrets Without Authorization: 10 years' imprisonment and/or a $250,000 fine

Counts 2 and 3 - Unauthorized Possession of Trade Secrets: 10 years' imprisonment and/or a $250,000 fine.

Counts 4-6 - Wire Fraud: 20 yeas' imprisonment and/or a $250,000 fine.

Count 7 - Obstruction of Justice: 20 years' imprisonment and/or a $250,000 fine.

_____
YU QIN
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_FRANK D. BAUMAN_
PRINT NAME:
Counsel for Defendant

Dated: 7/22/10