FIU# 192 7074
WAU# 1039-0122-5872-J

AUSA Cathleen M. Corken
Special Agent Ted Jungkuntz, FBI

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

FILED
JUL 29 2010
CLERK'S OFFICE
DETROIT

United States of America
v.
Yu Qin,
aka Yu Chin

**Case: 2:10-cr-20454**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* YU QIN aka YU CHIN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1832(a)(5) - CONSPIRACY TO POSSESS TRADE SECRETS WITHOUT AUTHORIZATION
18 U.S.C. § 1832(a)(3) - UNAUTHORIZED POSSESSION OF TRADE SECRETS
18 U.S.C. § 2 - AIDING AND ABETTING
18 U.S.C. § 1343 - WIRE FRAUD
18 U.S.C. §1512(c)(1) - OBSTRUCTION OF JUSTICE

Date: July 21, 2010

*Issuing officer's signature*

ELNORA BROWN    **DEPUTY CLERK**
*Printed name and title*

City and state: Detroit, Michigan

### Return

This warrant was received on *(date)* 7/21/10, and the person was arrested on *(date)* 7/22/10
at *(city and state)* Troy, Michigan.

Date: 7/22/10

*Arresting officer's signature*

Theodore M. Jungkuntz
*Printed name and title*

Distribution: Original Court - 1 copy U.S. Marshal - 2 copies USA