UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Case No. 2:10-cr-20454
                                            Hon. Marianne O. Battani

YU QIN, D-1
     and
SHANSHAN DU, D-2
_____/

**JOINT DEMAND FOR NOTICE OF 404(b) EVIDENCE**

       The defendants, Yu Qin and Shanshan Du, pursuant to Fed. R. Evid. 404(b) demand notice of any evidence the government plans to introduce at trial of this case pursuant to that evidence rule.

| | |
|---|---|
|   /s/Frank D. Eaman   |   /s/Robert M. Morgan(w/permission)   |
| Frank D. Eaman (P 13070) | Robert M. Morgan (P 23144) |
| Attorney for Defendant Yu Qin | Attorney for Defendant Shanshan Du |
| Frank D. Eaman PLLC | 525 Griswold St., Suite 1125 |
| 645 Griswold St., Suite 3060 | Detroit, MI 48226 |
| Detroit, MI 48226 | 313-961-7070 |
| 313-962-7210 | morgancrdefense@ameritech.net |
| eaman@eamanlaw.com | |

Dated: November 22, 2010

1

2

CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        Cathleen Corken
        Assistant United States Attorney
        Attorney for the United States

        Stanley J. Janice
        Assistant United States Attorney
        Attorney for the United States

        Robert M. Morgan
        Attorney for Defendant Shanshan Du


   /s/ Frank D. Eaman                                 Dated November 22, 2010
Frank D. Eaman (P 13070)
Frank D. Eaman, PLLC
Suite 3060
645 Griswold St.
Detroit, MI 48226
(313) 962-7210
eaman@eamanlaw.com