UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            Case No. 2:10-cr-20454
                                                Hon. Marianne O. Battani

YU QIN, D-1

And

SHANSHAN DU, D-2
_____/

**DEFENDANTS' JOINT MOTION AND BRIEF FOR LEAVE TO FILE LATE REPLIES**

      The defendants ask this court for leave to file a late reply supporting the defendants' motion to suppress evidence and supporting the defendants' motion to dismiss. L.R. 7.1(d)(1)(C) requires a reply to be filed within 7 days of the response to the motion "but not less than 3 days before oral argument." Because of the intervention of the holidays, and the demands and deadlines of other cases, counsel was not able to meet the deadline for filing replies. Counsel for the government was contacted on January 3, 2010, and indicated that she had no objection to a late reply. The replies are filed well before three days before argument on the motions, which is now set for January 19, 2011.

1

RELIEF REQUESTED

      The defendants ask that this court grant leave to file late replies.

| /s/Frank D. Eaman | /s/Robert M. Morgan(w/permission) |
|---|---|
| Frank D. Eaman | Robert M. Morgan |
| Attorney for Defendant Yu Qin | Attorney for Defendant Shanshan Du |
| Frank D. Eaman PLLC | 525 Griswold St., Suite 1125 |
| 645 Griswold St., Suite 3060 | Detroit, MI 48226 |
| Detroit, MI 48226 | 313-961-7070 |
| 313-962-7210 | morgancrdefense@ameritech.net |
| eaman@eamanlaw.com | |

Dated: January 5, 2011


CERTIFICATE OF SERVICE

      I hereby certify that on the date below I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        Cathleen Corken
        Assistant United States Attorney
        Attorney for the United States

        Stanley J. Janice
        Assistant United States Attorney
        Attorney for the United States

        Robert M. Morgan
        Attorney for Defendant Shanshan Du


| /s/ Frank D. Eaman | Dated: January 5, 2011 |
|---|---|
| Frank D. Eaman (P 13070) | |
| Frank D. Eaman, PLLC | |
| Suite 3060 | |
| 645 Griswold St. | |
| Detroit, MI 48226 | |
| (313) 962-7210 | |
| eaman@eamanlaw.com | |