# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff(s)

CASE NUMBER: 10-20454

HON. MARIANNE O. BATTANI

v.

YU QIN - (D-1), and
SHANSHAN DU - (D-2)

            Defendant(s).
_____/

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Marianne O. Battani, United States District Judge, for the above proceeding on **APRIL 6, 2011 @ 10:00 A.M.**, in Room 272, U.S. Courthouse, Detroit, Michigan.

■ MOTION TO QUASH SUBPOENA *DUCES TECUM* RETURNABLE BEFORE TRIAL.

**PLEASE NOTE RESPONSE DUE MARCH 25, 2011; REPLY DUE APRIL 1, 2011.**

## CERTIFICATE OF MAILING

I certify that a copy of this notice was electronically filed to CATHLEEN CORKEN, FRANK EAMON, AND ROBERT MORGAN, on this date.

Date: March 9, 2011

s/Bernadette M. Thebolt
Bernadette M. Thebolt, Case Manager
for Honorable Marianne O. Battani
313-234-2627