UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 YU QIN,

and

D-2 SHANSHAN DU

    Defendants.
_____/

CRIMINAL NO. 10-20454

MISC. NO. 11-50306

HON. MARIANNE O. BATTANI

## ORDER GRANTING THE UNITED STATES OF AMERICA'S MOTION TO QUASH

This matter is before the Court on The United States of America's Motion to Quash Subpoena *Duces Tecum* Returnable Before Trial. (Doc. 1; Doc. 43). For the reasons stated on the record at a hearing held on April 13, 2011, the Court **GRANTS** the motion.

Defendants are granted leave to file a motion for issuance of Rule 17(c) subpoenas *duces tecum* returnable before trial by April 27, 2011. Responses shall be filed on or before May 11, 2011, replies are due by May 18, 2011.

Furthermore, upon receiving an express waiver of speedy trial rights from each Defendant, the Court will set the trial date in Case No. 10-20454 for January 10, 2012.

**IT IS SO ORDERED.**

                              s/Marianne O. Battani
                              MARIANNE O. BATTANI
                              UNITED STATES DISTRICT JUDGE

DATED: April 14, 2011

## CERTIFICATE OF SERVICE

Copies of this Order were served upon counsel of record on this date electronically.

s/Bernadette M. Thebolt
Case Manager
