UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff(s),

v.                                          Case No. 2:10−cr−20454−MOB−RSW
                                            Hon. Marianne O. Battani

Yu Qin,

           Defendant(s).

## NOTICE OF MOTION HEARING

The following defendant is hereby notified to appear:  **Yu Qin, Shanshan Du**

The defendant shall appear before the Honorable Marianne O. Battani at the United States District Court, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan.  The following motion(s) are scheduled for hearing:

- RESPONSE DUE:  05/16/2001
- MOTION HEARING:  5/24/11 at 03:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                     By: s/ B. Thebolt
                                            Case Manager

Dated:  May 3, 2011