UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                    Case No.:  10-20454
-vs-                                Hon.:  Marianne O. Battani

YU QIN, D-1, and SHANSHAN DU, D-2,

    Defendants.
_____/

## STIPULATION AND ORDER MODIFYING BOND OF DEFENDANTS QIN AND DU

It is stipulated by and between the parties, through their counsel, that the travel restrictions in the bonds of the defendants Qin and Du can be modified so both defendants may travel anywhere within the Eastern District of Michigan.  All other conditions of bond shall remain the same, including the condition that the defendants may travel to Chicago, Illinois, for family matters, with notice to Pre-Trial Services.

AGREED:

/s/ Cathleen M. Corken (w/permission)
CATHLEEN M. CORKEN

/s/ Stanley J. Janice (w/permission)
STANLEY J. JANICE P25999
Attorneys for the United States
United States Attorney's Office
United States Department of Justice
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100
Cathleen.corken@usdoj.gov
lee.janice@usdoj.gov

/s/ Robert M. Morgan
ROBERT M. MORGAN P23144
Attorney for Defendant Du
615 Griswold, Suite 1125
Detroit, MI 48226
(313) 961-7070
morgancrdefense@ameritech.net

/s/ Frank D. Eaman (w/permission)
FRANK D. EAMAN P13070
Attorney for Defendant Qin
645 Griswold, Suite 3060
Detroit, MI 48226
(313) 962-7210
eaman@eamanlaw.com

SO ORDERED:

>s/Marianne O. Battani
>Hon.  Marianne O. Battani
>United States District Judge

Dated:  June 28, 2011