UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                    Case No. 2:10-cr-20454
                                       Hon. Marianne O. Battani

YU QIN, D-1
      and
SHANSHAN DU, D-2

_____/

**STIPULATION AND ORDER EXTENDING GOVERNMENT EXPERT DISCLOSURE, DEFENSE EXPERT DISCLOSURE AND MOTIONS IN LIMINE CUT-OFF**

Through their respective counsel, the parties stipulate and agree to the following dates:

Government Expert Disclosure:     September 12, 2011

Defense Expert Disclosure:        November 10, 2011

Motions In Limine Cut-off:        November 15, 2011

On May 26, 2011, the Court set deadlines and hearing dates in this case, including the date of September 1, 2011 for the government's disclosure relating to the experts it intends to call at trial. Due to a death in the family, government counsel was out of town during the week of August 29 and was unable to comply with this deadline. The parties have agreed to an extension of that deadline and other related deadlines as set forth above. The other dates set by the Court (i.e. the motions hearing date and the date for the hearing on motions in limine) remain the same.

AGREED:

/s/Cathleen M. Corken                    /s/Frank D. Eaman
**Cathleen M. Corken**                   **Frank D. Eaman (P13070)**
United States Attorney's Office          Frank D. Eaman PLLC
United States Department of Justice      645 Griswold St., Suite 3060
211 W. Fort Street, Suite 2001           Detroit, Michigan 48226
Detroit, Michigan 48226                  (313) 962-7210
(313) 226-9100                           eaman@eamanlaw.com
Cathleen.corken@usdoj.gov                *Attorney for Yu Qin*
*Attorney for the United States*

/s/Robert M. Morgan
**Robert M. Morgan (P23144)**
615 Griswold St., Suite 1125
Detroit, Michigan 48226
(313) 961-7070
morgancrdefense@ameritech.net
*Attorney for Shanshan Du*

SO ORDERED:

                                                s/Marianne O. Battani
                                                Hon. Marianne O. Battani
                                                United States District Judge

Dated: September 9, 2011