UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                 Case No. 2:10-cr-20454
                                   Hon. Marianne O. Battani

YU QIN, D-1
     and
SHANSHAN DU, D-2
_____/

AMENDED CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2012, I electronically filed the Defendants' Motion to Suppress Government Evidence From Trial, and Attachments, with the Clerk of the Court using the ECF system which sent notification of such filing to the names below, and that I filed this amended certificate of service on the date below using the ECF system which also sent notification of the filing of this Amended Certificate of Service to the following:

                    Cathleen Corken
                    Assistant United States Attorney
                    Attorney for the United States

                    Michael Martin
                    Assistant United States Attorney
                    Attorney for the United States

                    Robert M. Morgan
                    Attorney for Defendant Shanshan Du


  /s/ Frank D. Eaman                          Dated: January 3, 2011
Frank D. Eaman (P 13070)
Frank D. Eaman, PLLC
Suite 3060
645 Griswold St.
Detroit, MI 48226
(313) 962-7210
eaman@eamanlaw.com