# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 27, 2012

Ms. Kathleen Moro Nesi
Ms. Cathleen M. Corken
Mr. Michael C. Martin
U.S. Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Mr. Frank D. Eaman
645 Griswold Street, Suite 3060
Detroit, MI 48226

Mr. Robert M. Morgan
615 Griswold, Suite 1125
Detroit, MI 48226

Re: Case No. 12-1015, *USA v. Yu Qin, et al*
Originating Case No. : 2:10-cr-20454

Dear Counsel,

   The court today announced its decision in the above-styled case. This decision was originally issued as an "unpublished decision" filed on July 20, 2012. The court has now designated the opinion as one recommended for full-text publication. The date the opinion is deemed to have been filed will remain July 20, 2012. Also enclosed is a judgment with has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                                                      Yours very truly,

                                                      Leonard Green, Clerk

                                                      Cathryn Lovely
                                                      Deputy Clerk

cc: Mr. David J. Weaver

Enclosures

Mandate to issue.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 12-1015

**FILED**

LEONARD GREEN, Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

YU QIN and SHANSHAN DU,

    Defendants - Appellees.

Before: COLE and DONALD, Circuit Judges; SARGUS, District Judge.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

    THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

    IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

_Leonard Green_

Leonard Green, Clerk