FILED
NOV 30 2012
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                CRIMINAL NO. 10-20454

-vs-                                       HON. MARIANNE O. BATTANI

D-1 YU QIN,
D-2 SHANSHAN DU,

                Defendants.
_____/

## VERDICT FORM

We the jury unanimously find as follows:

**Count One, Conspiracy to Possess Trade Secrets Without Authorization,
18 U.S.C. § 1832(a)(5)**

Yu Qin:                      __✓__ Guilty                ____ Not Guilty

Shanshan Du             __✓__ Guilty                ____ Not Guilty

**Count Two, Unauthorized Possession of Trade Secrets; Aiding and Abetting,
18 U.S.C. § 1832(a)(3); 18 U.S.C. §2**

Yu Qin:                      __✓__ Guilty                ____ Not Guilty

Shanshan Du             __✓__ Guilty                ____ Not Guilty

## Count Three, Unauthorized Possession of Trade Secrets; Aiding and Abetting, 18 U.S.C. § 1832(a)(3); 18 U.S.C. §2

Yu Qin:          __✓__ Guilty          _____ Not Guilty

Shanshan Du:     __✓__ Guilty          _____ Not Guilty

## Count Four, Wire Fraud
## 18 U.S.C. § 1343

Yu Qin:          __✓__ Guilty          _____ Not Guilty

Shanshan Du:     __[initials]__ Guilty     __✓__ Not Guilty

## Count Five, Wire Fraud
## 18 U.S.C. § 1343

Yu Qin:          __✓__ Guilty          _____ Not Guilty

Shanshan Du:     __[initials]__ Guilty     __✓__ Not Guilty

## Count Six, Wire Fraud
## 18 U.S.C. § 1343

Yu Qin:          __✓__ Guilty          _____ Not Guilty

Shanshan Du:     __[initials]__ Guilty     __✓__ Not Guilty

## Count Seven, Obstruction of Justice
## 18 U.S.C. § 1512(c)(1)

Yu Qin:     __✓__ Guilty     _____ Not Guilty

**s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

Date: 11/30/12