UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,				CASE NO. 10-20454

        Plaintiff,				HON. MARIANNE O. BATTANI

v.

YU QIN,

        Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Yu Qin, Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on May 9, 2013.

        Respectfully submitted,

Dated: May 10, 2013			*s/Carole M. Stanyar*
					CAROLE M. STANYAR P34830
					Attorney for Defendant Qin
					221 N. Main Street, Suite 300
					Ann Arbor, Michigan 48104
					(313) 963-7222
					cstanyar@wowway.com

## CERTIFICATE OF SERVICE

CAROLE M. STANYAR hereby certifies that on the 10th day of May, 2013, she served a copy of Defendant's Notice of Appeal, and this Certificate of Service, to Cathleen Corken and Michael Martin, ECF filers.

*s/Carole M. Stanyar*