UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                           CASE NO. 10-20454

                Plaintiff,                                    HON. MARIANNE O. BATTANI

v.

YU QIN,

                Defendant.
_____/

## APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter my appearance on behalf of the defendant, YU QIN, in the above-entitled case.

                                                Respectfully submitted,

Dated: May 10, 2013                      *s/Carole M. Stanyar*
                                                CAROLE M. STANYAR P34830
                                                Attorney for Defendant Qin
                                                221 N. Main Street, Suite 300
                                                Ann Arbor, Michigan 48104
                                                (313) 963-7222
                                                cstanyar@wowway.com

## CERTIFICATE OF SERVICE

CAROLE M. STANYAR hereby certifies that on the 10th day of May, 2013, she served a copy of Appearance of Counsel, and this Certificate of Service, to Cathleen Corken and Michael Martin, ECF filers.

                                                *s/Carole M. Stanyar*