# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 10, 2013

Ms. Cathleen M. Corken
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Ms. Carole Margaret Stanyar
Law Office
682 Deer Street
Plymouth, MI 48170

Re: Case No. 13-1607, *USA v. Yu Qin*
Originating Case No. : 2:10-cr-204541

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Linda M. Niesen
Case Manager
Direct Dial No. 513-564-7038

cc: Ms. Linda M. Cavanagh
Mr. Frank D. Eaman
Mr. Michael C. Martin
Mr. Rob Smith
Mr. David J. Weaver

Enclosure

Case No. 13-1607

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

YU QIN, aka Chin Yu

       Defendant - Appellant

It is ORDERED that this appeal be, and it hereby is, expedited for briefing and submission. Accordingly, counsel is directed to submit the transcript order to the court reporter by May 17, 2013. The court reporter is directed to complete the transcript upon receipt of the transcript order form and satisfactory financial arrangements, no later than June 24, 2013.

No extensions of time will be granted for any of the requirements, absent extraordinary circumstances, which do not include the filing of motions, by counsel, to withdraw.

                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: May 10, 2013