UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                                    Criminal No. 10-20454

v.

                                                    Honorable Marianne O. Battani

D-1  Yu Qin
      and
D-2  Shanshan Du,

      Defendants.

---

## MOTION AND ORDER TO UNSEAL VOIR DIRE

The United States of America respectfully requests that the Court order that specific pages of the transcript of the voir dire in this case be unsealed, with the exception of the names of the jurors if they are indicated on those pages. While jury selection in this case took place in a courtroom open to the public, the transcript of the voir dire was subsequently sealed to protect the privacy of the potential jurors. On appeal, the defendants challenge the Court's denial of their *Batson* challenge during jury selection. In order to adequately respond to the defendants' claim, the government needs to quote and make reference to matters contained in the following pages of the sealed transcript, (Document number 192): 2469, 2480, 2491-2492, 2502, 2514-2518, 2533-34, 2537-39, 2541, 2546-2549. In order to continue to preserve the privacy of the potential jurors, the government

is not requesting that names of the jurors, if noted on these pages, be unsealed. For these reasons, the government requests that the Court order these pages of the sealed transcript of the voir dire unsealed, with the exception of the names of the potential jurors appearing on those pages. Pursuant to local rule 7.1, the government has sought the concurrence of opposing counsel and they have no objection to this motion.

            Respectfully submitted,

            BARBARA L. MCQUADE
            United States Attorney


            CATHLEEN M. CORKEN
            Assistant United States Attorney
            211 W. Fort Street, Suite 2001
            Detroit, MI 48226
            Phone: (313) 226-0206
            Email:Cathleen.Corken@usdoj.gov


            MICHAEL C. MARTIN
            Assistant U.S. Attorney
            211 West Fort Street, Suite 2001
            Detroit, Michigan 48226
            Phone: (313) 226-9670
            Email: Michael.C.Martin@usdoj.gov

Dated: October 9, 2013

**IT IS SO ORDERED.**

            <u>s/Marianne O. Battani</u>
            HONORABLE MARIANNE O. BATTANI
            United States District Judge


Entered: <u>October 10, 2013</u>

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 9, 2013, I filed the foregoing document with the Clerk for the Court, which will cause the filing to be transmitted through ECF to the following counsel of record: Elizabeth Jacobs, Frank Eaman, Carole Stanyar, and Robert Morgan.

                                                  s/*Vera Conti*
                                                  Vera Conti
                                                  Legal Assistant